UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTRIVER PARTNERS, INC., Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-10617-LTS |
| Plaintiff, | CLASS ACTION |
| vs. | |
| FOCUS MEDIA HOLDING LIMITED, et al., | |
| Defendants. | |
| SCOTT BAUER, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-11479-LTS |
| Plaintiff, | CLASS ACTION |
| vs. | |
| FOCUS MEDIA HOLDING LIMITED, et al., | |
| Defendants. | |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF
AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that Institutional Investor Iron Workers Local No. 25 Pension Fund ("Iron Workers Local No. 25") will hereby move this Court, on a date and at such time as may be designated by the Court, for an Order (attached hereto as Exhibit A): (i) consolidating the Actions; (ii) appointing Iron Workers Local No. 25 as Lead Plaintiff; (iii) approving Iron Workers Local No. 25's selection of the law firm of Coughlin Stoia Geller Rudman & Robbins LLP to serve as Lead Counsel; and (iv) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Iron Workers Local No. 25 submits herewith a Memorandum of Law and Declaration of Mario Alba Jr., dated January 28, 2008.

DATED: January 28, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP


/s/ *Mario Alba Jr.*
MARIO ALBA JR.

SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MARIO ALBA JR.
58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

[Proposed] Lead Counsel for Plaintiffs

I:\Focus Media\LP Motion\LP Motion.doc

## CERTIFICATE OF SERVICE

I, Mario Alba Jr., hereby certify that on January 28, 2008, I caused a true and correct copy of the attached:

> Notice Of Motion For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel;
>
> Memorandum In Support Of The Motion Of The Iron Workers Local No. 25 Pension Fund For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel; and
>
> Declaration Of Mario Alba Jr. In Support Of The Motion Of The Iron Workers Local No. 25 Pension Fund For Consolidation, Appointment As Lead Plaintiff And For Approval Of Selection Of Lead Counsel

to be served: (i) electronically on all counsel registered for electronic service for this case; and (ii) by first-class mail to all additional counsel on the attached service list.

/s/ *Mario Alba Jr.*
Mario Alba Jr.

FOCUS MEDIA

Service List - 1/28/2008    (07-0271)

Page 1 of 1

**Counsel For Defendant(s)**

Corporate Attorney
Citigroup Global Markets Inc.
399 Park Avenue
New York, NY  10043
   212/559-2630
   212/793-7910 (Fax)

Corporate Attorney
Credit Suisse Securities (USA) LLC
11 Madison Avenue
New York, NY  10010
   212/325-2000

Legal Department
Focus Media Holding Limited
28-30th Floor Zhao Feng World Trade Bldg.,
369 Jiangsu Road
Shanghai, 200050 China,

Corporate Attorney
Merrill Lynch & Co.
4 World Financial Center
250 Vesey Street
New York, NY  10080

**Counsel For Plaintiff(s)**

Jack G. Fruchter
Abraham, Fruchter & Twersky
One Pennsylvania Plaza, Suite 2805
New York, NY  10119
   212/279-5050
   212/279-3655 (Fax)

Evan J. Smith
Brodsky & Smith, LLC
240 Mineola Blvd., 1st Floor
Mineola, NY  11501
   516/741-4977
   516/741-0626 (Fax)

Samuel H. Rudman
David A. Rosenfeld
Coughlin Stoia Geller Rudman & Robbins LLP
58 South Service Road, Suite 200
Melville, NY  11747
   631/367-7100
   631/367-1173 (Fax)

Richard A. Maniskas
D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA  19087
   610/667-7706
   610/667-7056 (Fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTRIVER PARTNERS, INC., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FOCUS MEDIA HOLDING LIMITED, et al.,<br><br>Defendants. | Civil Action No. 1:07-cv-10617-LTS<br><br><u>CLASS ACTION</u> |
| SCOTT BAUER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FOCUS MEDIA HOLDING LIMITED, et al.,<br><br>Defendants. | Civil Action No. 1:07-cv-11479-LTS<br><br><u>CLASS ACTION</u> |

[PROPOSED] ORDER CONSOLIDATING THE ACTIONS, APPOINTING LEAD
PLAINTIFF AND APPROVING SELECTION OF LEAD COUNSEL

Having considered the Motion of Iron Workers Local No. 25 Pension Fund ("Iron Workers Local No. 25") for Consolidation, Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel and the Memorandum of Law and Declaration of Mario Alba Jr., in support thereof, and good cause appearing therefore:

1. The Actions are hereby consolidated;

2. Iron Workers Local No. 25 is hereby appointed Lead Plaintiff for the Class pursuant to Section 27 of the Securities Act of 1933 and Section 21D of the Securities Exchange Act of 1934; and

3. The law firm of Coughlin Stoia Geller Rudman & Robbins LLP is hereby appointed Lead Counsel.

IT IS SO ORDERED.

DATED: _____

THE HONORABLE LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE

I:\Focus Media\LP Motion\LP Order.doc

- 1 -