| Attorney or Party without Attorney: Samuel H. Rudman, Esq. Coughlin Stoia Geller Rudman & Robbins LLP 58 South Service Road, Suite 200 Melville, NY 11747 Telephone No: 631-367-7100   FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: Eastriver Partners, Inc., et al
Defendant: Focus Media Holding Limited, et al

| **AFFIDAVIT OF SERVICE Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: 07CV10617 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint for Violations of Federal Securities Laws

3. a. Party served:   Merrill Lynch & Co.
   b. Person served:  Julissa Montero, Assistant Vice President

4. Address where the party was served:   222 Broadway
                                         New York, NY 10038

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 18, 2008 (2) at: 1:50PM

7. Person Who Served Papers:
   a. Joseph Sanchez
   b. Class Action Research & Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

JAN 2 9 2008
(Date)          (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 10

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

My Commission Expires 2/3/10
                       (Date)

AFFIDAVIT OF SERVICE
Summons & Complaint                    (Notary Public)                    sarud.102188