| Attorney or Party without Attorney: Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100  FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Southern District Of New York | |
| Plaintiff: Eastriver Partners, Inc., et al | |
| Defendant: Focus Media Holding Limited, et al | |

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV10617 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint for Violations of Federal Securities Laws

3. a. Party served:  Citigroup Global Markets Inc.
   b. Person served:  Mayra M. Oviedo, Vice President / Subpoena Group

4. Address where the party was served:  485 Lexington Avenue
   New York, NY 10017

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 18, 2008 (2) at: 3:46PM

7. Person Who Served Papers:
   a. Jason Agee
   b. **Class Action Research &**
   Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   Fee for Service:
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   JAN 2 2 2008
   (Date)                    (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 20 _10_

8. **SUBSCRIBED AND SWORN** to me, a Notary Public in and for said County and State.

   My Commission Expires  2/3/10
                          (Date)

   AFFIDAVIT OF SERVICE
   Summons & Complaint                                    (Notary Public)           sarud.102189