| Attorney or Party without Attorney: <br> Samuel H. Rudman, Esq. <br> Coughlin Stoia Geller Rudman <br> & Robbins LLP <br> 58 South Service Road, Suite 200 <br> Melville, NY 11747 <br> Telephone No: 631-367-7100    FAX No: 631-367-1173 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff   Ref. No. or File No.: | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court - Southern District Of New York | |
| Plaintiff: Eastriver Partners, Inc., et al <br> Defendant: Focus Media Holding Limited, et al | |

| **AFFIDAVIT OF SERVICE** <br> **Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 07CV10617 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Complaint for Violations of Federal Securities Laws

3. a. Party served: Credit Suisse Securities (USA) LLC
   b. Person served: Kathrin Mahgerefteh, Legal Compliance Department

4. Address where the party was served: One Madison Avenue, New York, NY 10010

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Fri., Jan. 18, 2008 (2) at: 2:50PM

7. **Person Who Served Papers:**
   a. Jason Agee
   b. **Class Action Research &** Litigation Support Services, Inc.
   P O Box 740
   Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

   JAN 2 2 2008
   (Date)                                  (Signature)

MICHAEL KEATING
Notary Public, State of New York
Reg. No. 01-KE-4851559
Qualified in New York County
Commission Expires February 3, 2010

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

My Commission Expires 2/3/10
(Date)

AFFIDAVIT OF SERVICE
Summons & Complaint                      (Notary Public)           sarud.102187