USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: FEB 2 6 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------x

| | |
|---|---|
| EASTRIVER PARTNERS, INC., Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-10617-LTS |
| Plaintiffs, | |
| v. | |
| FOCUS MEDIA HOLDING LIMITED, et al., | |
| Defendant. | |
| SCOTT BAUER, Individually and On Behalf of All Others Similarly Situated, | Civil Action No. 1:07-cv-11479-LTS |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINTS** |
| v. | |
| FOCUS MEDIA HOLDING LIMITED, et al., | |
| Defendants. | |

-------------------------------------------------------x

It is hereby STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1. The time for all Defendants to respond or move against the complaints in the above-captioned actions is extended until after the Court rules on the Motion of Iron Workers Local No. 25 Pension Fund for Consolidation, Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (the "Motion") and a Consolidated Amended Complaint is filed.

2. Sixty (60) days after entry of an Order deciding the Motion, lead plaintiff will file a Consolidated Amended Complaint.

3. Sixty (60) days after the Consolidated Amended Complaint is filed, Defendants will either answer the Consolidated Amended Complaint or move to dismiss the Consolidated Amended Complaint.

4. If any or all of Defendants move to dismiss the Consolidated Amended Complaint, lead plaintiff will file within sixty (60) days papers opposing such motion(s). Defendants will then have thirty (30) days to reply to such opposition(s).

5. The undersigned Defendants hereby waive service of process of the complaint. All other defenses are expressly preserved.

1

Dated: New York, New York
February 22, 2008

        COUGHLIN STOIA GELLER
        RUDMAN & ROBBINS LLP

BY: /s/ _____
    Samuel H. Rudman
        srudman@csgrr.com
    David A. Rosenfeld
        drosenfeld@csgrr.com
    Mario Alba Jr.
        malba@csgrr.com
    58 South Service Road, Suite 200
    Melville, NY 11747
    Telephone: (631) 367-7100
    Facsimile: (631) 367-1173

*Attorneys for Eastriver Partners, Inc. and Iron Workers Local No. 25 Pension Fund*

BRODSKY & SMITH, LLC

BY:     s/ Evan J. Smith
    Evan J. Smith, Esquire (ES 3254)
    240 Mineola Boulevard
    Mineola, NY 11501
    Telephone: (516) 741-4799
    Facsimile: (516) 741-0626
        esmith@brodsky-smith.com
    SCHIFFRIN BARROWAY
     TOPAZ & KESSLER, LLP
    Richard A. Maniskas
        rmaniskas@sbtklaw.com
    D. Seamus Kaskela
        skaskela@sbtklaw.com
    280 King of Prussia Road
    Radnor, PA 19087
    Telephone: (610) 667-7706

*Attorneys for Scott Bauer*

2

SIMPSON THACHER & BARTLETT LLP

BY: _____
    Bruce D. Angiolillo (BA-9271)
        bangiolillo@stblaw.com
    Jonathan K. Youngwood (JY-2234)
        jyoungwood@stblaw.com
    Andrew D. W. Cattell (AC-0007)
        acattell@stblaw.com
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone:  (212) 455-2000
    Facsimile:  (212) 455-2502

*Attorneys for Focus Media Holding Limited*

SHEARMAN & STERLING LLP

BY: _____
    Herbert S. Washer (HW 2375)
        herbert.washer@shearman.com
    Adam S. Hakki (AH 3561)
        ahakki@shearman.com
    599 Lexington Avenue
    New York, New York 10022
    Telephone:  (212) 848-4000
    Facsimile:  (212) 848-7179

*Attorneys for Citigroup Global Markets, Inc., Credit Suisse Securities (USA) LLC, and Merrill Lynch & Co., Inc.*

IT IS SO ORDERED:

DATED: 2/26/2008

_____
THE HONORABLE LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE

3