UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
:
EASTRIVER PARTNERS, INC., Individually and On :
Behalf of All Others Similarly Situated, :
:
Plaintiff, :
:
-against- : Case No. 07 CV 10617 (LTS)
:
: **NOTICE OF APPEARANCE**
FOCUS MEDIA HOLDING LIMITED, et al., :
:
Defendants. :
:
---------------------------------------------------------------- x

PLEASE TAKE NOTICE that Bruce D. Angiolillo, a member of the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Focus Media Holding Limited in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

> Bruce D. Angiolillo, Esq. (BA-9271) (bangiolillo@stblaw.com)
> SIMPSON THACHER & BARTLETT LLP
> 425 Lexington Avenue
> New York, New York 10017-3954
> (212) 455-2000 (telephone)
> (212) 455-2502 (facsimile)

Dated:      March 4, 2008
            New York, New York

                                                        SIMPSON THACHER & BARTLETT LLP

                                                       By: _s/ Bruce D. Angiolillo_____
                                                           Bruce D. Angiolillo (BA-9271)
                                                              *bangiolillo@stblaw.com*
                                                           425 Lexington Avenue
                                                           New York, New York 10017-3954
                                                           Telephone: (212) 455-2000
                                                           Facsimile: (212) 455-2502

                                                        Attorneys for Defendant
                                                        Focus Media Holding Limited