UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTRIVER PARTNERS, INC., Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

 -against-

FOCUS MEDIA HOLDING LIMITED, et al.,

    Defendants.

---

Case No. 07 CV 10617 (LTS)

**NOTICE OF APPEARANCE**

  PLEASE TAKE NOTICE that Andrew D. W. Cattell, an associate with the law firm of Simpson Thacher & Bartlett LLP, duly admitted to the Bar of this Court, hereby appears as counsel for Defendant Focus Media Holding Limited in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Please add the following to the service list for this proceeding:

  Andrew D. W. Cattell, Esq. (AC-0007) (acattell@stblaw.com)
  SIMPSON THACHER & BARTLETT LLP
  425 Lexington Avenue
  New York, New York 10017-3954
  (212) 455-2000 (telephone)
  (212) 455-2502 (facsimile)

Dated:     March 4, 2008
           New York, New York

                                      SIMPSON THACHER & BARTLETT LLP

                                      By: s/ Andrew D. W. Cattell
                                           Andrew D. W. Cattell (AC-0007)
                                              *acattell@stblaw.com*
                                           425 Lexington Avenue
                                         New York, New York 10017-3954
                                         Telephone: (212) 455-2000
                                         Facsimile: (212) 455-2502

                                      Attorneys for Defendant
                                      Focus Media Holding Limited