UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re FOCUS MEDIA HOLDING LIMITED LITIGATION | : : : : | Civil Action No. 1:07-cv-10617 (LTS)(GWG)  **ELECTRONICALLY FILED** |
| This Document Relates To:  ALL ACTIONS. | : : : : | |

## NOTICE OF APPEARANCE

TO:  The Clerk of Court and All Parties of Record

Please enter my appearance as counsel for Lead Plaintiff Iron Workers Local No. 25 Pension Fund and the Class in this action.

I certify that I am admitted to practice in this Court.

DATED:  May 1, 2008

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP

*/s/ Evan J. Kaufman*
EVAN J. KAUFMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
Email: Ekaufman@csgrr.com

*Attorneys for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Evan J. Kaufman, hereby certify that on May 1, 2008, I caused a true and correct copy of the attached:

Notice of Appearance

to be served electronically on all counsel registered for electronic service for this case.

/s/ *Evan J. Kaufman*
Evan J. Kaufman