| Attorney or Party without Attorney:<br>Samuel H. Rudman, Esq.<br>Coughlin Stoia Geller Rudman<br>& Robbins LLP<br>58 South Service Road, Suite 200<br>Melville, NY 11747<br>Telephone No: 631-367-7100   FAX No: 631-367-1173<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Southern District Of New York

Plaintiff: In re: Focus Media Holding Limited Litigation
Defendant:

| **AFFIDAVIT OF SERVICE**<br>**Summons & Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>07CV10617 |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Case; Class Action Consolidated Amended Complaint

3. a. Party served:           Donald J. Puglisi
   b. Person served:         Donald J. Puglisi, Personally, White, Male, 50-60 Years Old, Brown Hair, 6 Feet 1 Inches

4. Address where the party was served:   Puglisi & Associates
                                          850 Library Avenue
                                          Newark, DE 19711

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Jul. 29, 2008 (2) at: 6:35PM

7. **Person Who Served Papers:**
   a. Chris Jones
   b. **Class Action Research &**
      Litigation Support Services, Inc.
      P O Box 740
      Penryn, CA 95663
   c. (866) 663-9590, FAX (866) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.

7/31/08
(Date)                    (Signature)

DENNIS SCHOFIELD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 24, 2011

8/1/08

8. SUBSCRIBED AND SWORN to me, a Notary Public in and for said County and State.

   My Commission Expires  11/24/2011
                           (Date)
                                              (Notary Public)

AFFIDAVIT OF SERVICE
Summons & Complaint                                                                sarud.103708