*Swain, J*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 1 9 2008

-------------------------------------------------x
:
In re FOCUS MEDIA HOLDING          :   MASTER FILE
LIMITED LITIGATION                 :   07 Civ. 10617 (LTS)(GWG)
:
This Document Relates To:          :   **STIPULATION AND**
All Actions                        :   **[PROPOSED] ORDER EXTENDING**
                                       **TIME TO RESPOND TO COMPLAINT**
:
------------·---------------        :
-------------------------------------------------x

WHEREAS, on February 26, 2008, the Court approved a stipulation between Plaintiffs and Defendants, establishing a schedule for filing papers in response to the complaint in the above-captioned case;

WHEREAS the stipulation approved of on February 26, 2008 has been the only previous request for an adjournment or extension for filing papers in response to the complaint in the above-captioned case;

WHEREAS, on June 23, 2008, Lead Plaintiff Iron Workers Local No. 25 Pension Fund filed a Consolidated Amended Complaint in the above-captioned case;

WHEREAS, Lead Plaintiff and Defendants have conferred and agreed, subject to the Court's approval, to amend the schedule for the filing of the Defendants' papers responding to the Consolidated Amended Complaint (from its original date of August 22, 2008) and any oppositions and replies thereto;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties as follows:

1.     The time for all Defendants to respond or move against the Consolidated Amended Complaint in the above-captioned action is extended until September 5, 2008.

2.     If any or all of Defendants move to dismiss the Consolidated Amended Complaint, lead plaintiff will file within sixty (60) days papers opposing such motion(s). Defendants will then have thirty (30) days to reply to such opposition(s).

1

Dated:    New York, New York
          August 15, 2008

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS LLP

BY: _____
       Samuel H. Rudman
          *srudman@csgrr.com*
       Evan J. Kaufman
          *ekaufman@csgrr.com*
       58 South Service Road, Suite 200
       Melville, NY 11747
       Telephone:    (631) 367-7100
       Facsimile:    (631) 367-1173

       *Lead Counsel for Plaintiffs*

SIMPSON THACHER & BARTLETT LLP

BY: _____
       Bryce D. Angiolillo (BA-9271)
          *bangiolillo@stblaw.com*
       Jonathan K. Youngwood (JY-2234)
          *jyoungwood@stblaw.com*
       Andrew D. W. Cattell (AC-0007)
          *acattell@stblaw.com*
       425 Lexington Avenue
       New York, New York 10017-3954
       Telephone:    (212) 455-2000
       Facsimile:    (212) 455-2502

       *Attorneys for Focus Media Holding Limited*

SHEARMAN & STERLING LLP

BY:

Herbert S. Washer (HW 1375)
 herbert.washer@shearman.com
Adam S. Hakki (AH 3561)
 ahakki@shearman.com
599 Lexington Avenue
New York, New York 10022
Telephone:    (212) 848-4000
Facsimile:    (212) 848-7179

*Attorneys for Citigroup Global Markets,
Inc., Credit Suisse Securities (USA) LLC,
and Merrill Lynch & Co., Inc.*

IT IS SO ORDERED:

DATED: _Aug 19 2008_

THE HONORABLE LAURA T. SWAIN
UNITED STATES DISTRICT JUDGE

3