# SIMPSON THACHER & BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, N.Y. 10017-3954
(212) 455-2000

FACSIMILE (212) 455-2502



DIRECT DIAL NUMBER

(212) 455-3539

E-MAIL ADDRESS

jyoungwood@stblaw.com

BY HAND

August 27, 2008

Re: In re Focus Media Holding Limited Litigation,
No. 07 Civ. 10617 (LTS)(GWG)



Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse,
Room 755
500 Pearl Street
New York, NY 10007

Dear Judge Swain:

    We represent defendant Focus Media Holding Limited and individual defendants in the above-referenced matter and write concerning our anticipated motion to dismiss the Consolidated Amended Complaint, which is scheduled to be filed on Friday, September 5, 2008. We have conferred with counsel for defendants Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., and Merrill Lynch & Co., and believe we will be able to submit a single joint memorandum of law in support of the motion instead of having each defendant file a separate memorandum.

    In an effort to accommodate a joint brief, however, we request permission to file a brief of 40 pages in length, which represents a 15-page extension beyond the usual 25 pages permitted by Your Honor's Individual Practices. We have conferred with Lead Plaintiff's counsel on this request and they have no objection.

Respectfully,

*Jonathan Youngwood /ADC*

Jonathan K. Youngwood

*The request is granted.*

SO ORDERED.

NEW YORK, NY

LAURA TAYLOR SWAIN
Sept 2, 2008   UNITED STATES DISTRICT JUDGE

cc: Samuel H. Rudman, Esq. (via email)
    Evan J. Kaufman, Esq. (via email)
    Herbert S. Washer, Esq. (via email)
    Adam S. Hakki, Esq. (via email)

LOS ANGELES    PALO ALTO    WASHINGTON, D.C.    BEIJING    HONG KONG    LONDON    TOKYO