UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re FOCUS MEDIA HOLDING         :
LIMITED LITIGATION                : MASTER FILE
                                  : 07 Civ. 10617 (LTS)(GWG)
                                  :
This Document Relates To:         : **ECF Case**
All Actions                       :
                                  : **Electronically Filed**
                                  :
                                  : **Oral Argument Requested**
---------------------------------------------------------------x

### NOTICE OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, the affidavit of Andrew D. W. Cattell sworn to on September 5, 2008 and the exhibits attached thereto, and all of the prior papers and proceedings herein, Defendants Focus Media Holding Limited, Jason Nanchun Jiang, Zhi Tan, Daniel Mingdong Wu, Donald J. Puglisi, Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., and Merrill Lynch & Co., Inc. (collectively "Defendants") will move before the Honorable Laura Taylor Swain, United States District Judge, at the Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be designated by the Court, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing with prejudice the Consolidated Amended Complaint and awarding such other and further relief as the Court deems just and proper.

Defendants certify that their counsel have corresponded with opposing counsel in an effort to resolve informally the matters in controversy. The parties have exchanged their respective legal and factual positions, and Lead Plaintiff rejected Defendants' request to

voluntarily dismiss the action as against all Defendants. In addition, counsel spoke telephonically in an effort to resolve the matter. Unfortunately, the parties were unable to reach any resolution or otherwise eliminate the need for this motion.

Dated: New York, New York
September 5, 2008

SIMPSON THACHER & BARTLETT LLP

By _____
Bruce D. Angiolillo (BA-9271)
*bangiolillo@stblaw.com*
Jonathan K. Youngwood (JY-2234)
*jyoungwood@stblaw.com*
Andrew D. W. Cattell (AC-0007)
*acattell@stblaw.com*
425 Lexington Avenue
New York, New York 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendants Focus Media Holding Limited, Jason Nanchun Jiang, Zhi Tan, Daniel Mingdong Wu, and Donald J. Puglisi

SHEARMAN & STERLING LLP

By ___s/ Adam S. Hakki___
Herbert S. Washer (HW-2375)
*herbert.washer@shearman.com*
Adam S. Hakki (AH-3561)
*ahakki@shearman.com*
599 Lexington Avenue
New York, New York 10022
Telephone: (212) 848-4000
Facsimile: (212) 848-7179

Attorneys for Defendants Credit Suisse Securities (USA) LLC, Citigroup Global Markets Inc., and Merrill Lynch & Co., Inc.

2

## CERTIFICATE OF SERVICE

I, Martha DelGiudice, do hereby declare that on the 5th day of September, 2008, I served a true and correct copy of:

-**NOTICE OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

-**MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

-**AFFIDAVIT OF ANDREW D. W. CATTELL** with Exhibits

via Federal Express, upon:

D. Seamus Kaskela
Schiffrin Barroway Topaz & Kessler, LLP
280 King of Prussia Road
Radnor, PA 19087

Richard A. Maniskas
Schiffrin & Barroway L.L.P.
280 King of Prussia Road
Radnor, PA 19087

_____
Martha DelGiudice