UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
In re FOCUS MEDIA HOLDING LIMITED : Master File No. 1:07-cv-10617-LTS(GWG)
LITIGATION                        :
                                  : CLASS ACTION
                                  :
This Document Relates To:         : NOTICE OF APPEAL
                                  :
    ALL ACTIONS.                  :
---------------------------------------------------------- x

NOTICE IS HEREBY GIVEN that Iron Workers Local No. 25 Pension Fund and Eastriver Partners, Inc., Plaintiffs in the above-named action, on behalf of themselves and all others similarly situated, hereby appeal to the United States Court of Appeals for the Second Circuit from the District Court's Opinion and Order (Dkt. #37) dismissing this action that was entered on March 29, 2010, and the final judgment that was entered on March 30, 2010 (Dkt. #38).

DATED: April 29, 2010

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
EVAN J. KAUFMAN

/s/ Samuel H. Rudman
_____
SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiffs*

ABRAHAM FRUCHTER & TWERSKY LLP
JACK G. FRUCHTER
One Pennsylvania Plaza, Suite 2805
New York, NY 10119
Telephone: 212/279-5050
212/279-3655 (fax)

SULLIVAN, WARD, ASHER & PATTON, P.C.
CYNTHIA J. BILLINGS
25800 Northwestern Highway
1000 Maccabees Center
Southfield, MI 48075-1000
Telephone: 248/746-0700
248/746-2760 (fax)

*Additional Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2010, I filed the foregoing with the Clerk of the Court in the Southern District of New York, and I hereby certify that I have mailed the foregoing document *via* the United States Postal Service to all counsel indicated on the attached service list.

ROBBINS GELLER RUDMAN & DOWD LLP

SAMUEL H. RUDMAN

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
E-mail: srudman@rgrdlaw.com

FOCUS MEDIA (LEAD)
Service List - 4/28/2010   (07-0271)
Page 1 of 1

**Counsel For Defendant(s)**

Herbert S. Washer
Adam S. Hakki
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-4676
　212/848-4000
　212/848-7179(Fax)

Bruce D. Angiolillo
Jonathan K. Youngwood
Andrew D.W. Cattell
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY  10017-3954
　212/455-2000
　212/455-2502(Fax)

**Counsel For Plaintiff(s)**

Samuel H. Rudman
David A. Rosenfeld
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY  11747
　631/367-7100
　631/367-1173(Fax)